# UNITED STATES BANKRUPTCY COURT
Southern District of New York

# Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 11 bankruptcy case concerning the debtor listed below was filed on July 12, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in this case may be reviewed on the court's Electronic Case File System (ECF) using a PACER login and password at www.nysb.uscourts.gov or at any of the three divisions of the court during posted business hours.
NOTE:   The staff of the bankruptcy clerk's office and the U.S. trustee cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Nortronics, Corp.
441 Fairview Ave.
Fairview, NJ 07022

| Case Number: | Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| 10−13682−brl | 11−2101859 |

Attorney for Debtor(s) (name and address):
David Hamilton
Dwyer & Associates, LLC
11 Broadway
Suite 615
New York, NY 10004
Telephone number:   212.203.4965

## Meeting of Creditors
Date:  **August 11, 2010**                                              Time:  **03:30 PM**

Location:   **Office of the United States Trustee, 80 Broad Street, Fourth Floor, New York, NY 10004−1408**

Where, pursuant to 11 U.S.C. §§ 341(e), the Court has signed an order waiving the requirements of holding a §§ 341(a) meeting of creditors, there will be no meeting scheduled and the above section will be blank. Please refer to the reverse side of this document under "Meeting of Creditors" for more information.

## Deadlines to File a Proof of Claim
Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

Notice of deadline will be sent at a later time.

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:**

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| One Bowling Green<br>New York, NY 10004−1408<br>Telephone number:  212−668−2870 | Clerk of the Bankruptcy Court:<br>Vito Genna |
| Hours Open:  Monday − Friday 8:30 AM − 5:00 PM | Date:  July 16, 2010 |

# EXPLANATIONS                                                            B9F (Official Form 9F) (12/08)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office and the U.S. trustee cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§ 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office or online at www.uscourts.gov/bkforms. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office or online with a PACER login and password at www.nysb.uscourts.gov. If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code §§ 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code §§ 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed on the court's Electronic Case File System (ECF) using an attorney's login and password issued by the court or on a diskette or compact disk (CD) in PDF format. If you are unable to file electronically or to submit a copy of your filing on diskette or compact disk (CD), you may file conventionally, provided that you submit with your filing an affidavit of your inability to comply. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− Refer to Other Side for Important Deadlines and Notices −−

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT Southern District of New York | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Nortronics, Corp. | Case Number: 10-13682 (brl) |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br><br><br><br><br>Telephone number: | **Court Claim Number:**_____<br>(*If known*)<br><br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:** $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

    **3a. Debtor may have scheduled account as:** _____
    (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
**Describe:**

**Value of Property:** $_____ **Annual Interest Rate**____%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

    **if any:** $_____ **Basis for perfection:** _____

**Amount of Secured Claim:** $_____ **Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**B10 (Official Form 10) (04/10) - Cont.**

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

**This claim should be returned to: Clerk, U.S. Bankruptcy Court, Manhattan Division One Bowling Green New York, NY 10004-1408 .**
**Claims must be received at the court on or before any last date for filing claims which you may have received.**
**This court will not accept faxed claims.**

# CERTIFICATE OF NOTICE

```
District/off: 0208-1           User: cgadson              Page 1 of 2            Date Rcvd: Jul 16, 2010
Case: 10-13682                 Form ID: b9f               Total Noticed: 52
```

The following entities were noticed by first class mail on Jul 18, 2010.
```
db          +Nortronics, Corp.,    441 Fairview Ave.,    Fairview, NJ 07022-1836
aty         +David Hamilton,    Dwyer & Associates, LLC,    11 Broadway,    Suite 615,    New York, NY 10004-1490
smg          N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY 12201-0551
smg          New York City Dept. Of Finance,    345 Adams Street, 3rd Floor,
              Attn: Legal Affairs - Devora Cohn,    Brooklyn, NY 11201-3719
smg          New York State Tax Commission,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
              Albany, NY 12205-0300
smg          United States Attorney,    One St. Andrew's Plaza,    Claims Unit - Room 417,
              New York, NY 10007-1701
ust         +United States Trustee,    33 Whitehall Street,    21st Floor,    New York, NY 10004-2122
5241169     +AAID,    VUANCE INC.,    9817 S. 13TH STREET,    OAK CREEK, WI 53154-4923
5241170     +AIR GROUP,    ONE PRINCE ROAD,    WHIPPANY, NJ 07981-2100
5241171     +ALEXANDER MARKETING GROUP,    1650 BROADWAY STE 1002,    NEW YORK, NY 10019-6938
5241172     +ALFRED SIMON,    800 SYCAMORE LANE,    TOWNSHIP OF WASHINGTO, NJ 07676-4234
5241173      ALLSTATE NJ INSURANCE CO.,    PO BOX 3576,    AKRON, OH 44309-3576
5241174     +AMCEST CORPORATION,    1017 WALLNUT STREET,    ROSELLE, NJ 07203-2098
5241175     +AMERICA'S BEST CABLE,    9547 SAN VITTORE,    LAKE WORTH, FL 33467-6147
5241177     +AVELINA SIMON,    800 SYCAMORE LANE,    TOWNSHIP OF WASHINGTON, NJ 07676-4234
5241179     +BP AMOCO,    PO BOX 9033,    CARLSBAD, CA 92018-9033
5241180     +COMELIT USA,    250 WEST DUARTE ROAD,    B,    MONROVIA, CA 91016-4560
5241182     +DESOTO REALTY LLC OF NEW JERSE,    441 FAIRVIEW AVENUE,    FAIRVIEW, NJ 07022-1836
5241183     +DESOTO REALTY LLC OF NJ,    301 DESOTO PLACE,    FAIRVIEW, NJ 07022-2043
5241184     +DIGITAL PRODUCTS INC.,    930 RIVERVIEW DR. STE 300,    TOTOWA, NJ 07512-1156
5241185     +DOORKING, INC.,    120 GLASLOW AVENUE,    INGLEWOOD, CA 90301-1502
5241187      INTERSTATE WASTE SERVICES,    PO BOX 554046,    DETROIT, MI 48255-4046
5241188     +JERRY SCHWARTZ ACCOUNTANT,    42 THE HEMLOCKS,    ROSLYN, NY 11576-1802
5241189     +JT. INDUSTRY BOARD, ELECTRICRA,    158-11 HARRY VAN ARSDALE JR.AV,    FRESH MEADOWS, NY 11365-3095
5241190     +LINDA O. KHOROZIAN, LLC,    454 MAIN ST. SUITE 1,    FORT LEE, NJ 07024-2841
5241191     +MARIA GONZALEZ,    800 SYCAMORE LANE,    TOWNSHIP OF WASHINGTO, NJ 07676-4234
5241192     +MONTANA DATACOM,    35-15 11TH STREET,    ASTORIA, NY 11106-5013
5241193      NEW YORK STATE,    DEPARTMENT OF TAX & FIN,    BANKRUPTCY SECTION PO BOX 5300,
              ALBANY, NY 12205-0300
5241194      NJ DEPT OF LABOR AND WORKFORCE,    DIVISION OF EMPLOYER ACCOUNTS,    TRENTON, NJ 08625-0059
5241195      NY SERVICES CENTER,    PO BOX 15185,    ALBANY, NY 12212-5185
5241196     +PASO SOUND,    4750-F GOER DRIVE N.,    CHARLESTON, SC 29406-6511
5241197      PNC BANK,    PO BOX 790350,    SAINT LOUIS, MO 63179-0350
5241198     +PRESNI & NAEGLE,    1615 NORTHERN BLVD ST 200,    MANHASSET, NY 11030-3033
5241199     +PRIMARY CONNECTIONS, INC.,    PO BOX 313,    ORLEANS, MA 02653-0313
5241200      PSE&G CO.,    PO BOX 14444,    NEW BRUNSWICK, NJ 08906-4444
5241201     +RENTON'S INC.,    6551 SOUTH REVERE PARKWAY,    ST 205,    ENGLEWOOD, CO 80111-6409
5241202     +S2 SECURITY CORP.,    50 SPEEN STREET,    FRAMINGHAM, MA 01701-1802
5241203      STATE OF NEW JERSEY,    DIVISION OF EMPLOYER ACCOUNTS,    PO BOX 059,    TRENTON, NJ 08625-0059
5241204     +TD BANKNORTH, N.A.,    LEVY DEPARTMENT,    P.O. BOX 1880,    CHERRY HILL, NJ 08034-0117
5241205     +THE COOPERATOR,    102 MADISON AVENUE,    5TH FLOOR,    NEW YORK, NY 10016-7417
5241206     +TODD J. SELIGMAN,    1 KALISA WAY,    PARAMUS, NJ 07652-3516
5241207     +TRIGON ELECTRONICS, INC.,    255 GILDER CIRCLE,    CORONA, CA 92880-2534
5241208      UNITED WATER NJ,    PAYMENT CENTER,    PO BOX 371804,    PITTSBURGH, PA 15250-7804
5241209     +VALENTINA GONZALEZ,    800 SYCAMORE LANE,    TOWNSHIP OF WASHINGTO, NJ 07676-4234
5241210     +VALENTINE & KEBARTAS, INC.,    PO BOX 325,    LAWRENCE, MA 01842-0625
5241211     +VALLEY NATIONAL BANK,    ATTN: MICAHEL S. SUROWIEC,    1455 VALLEY ROAD,    WAYNE, NJ 07470-8448
```

The following entities were noticed by electronic transmission on Jul 16, 2010.
```
smg          EDI: IRS.COM Jul 16 2010 15:53:00      Internal Revenue Service,    290 Broadway,
              Insolvency 5th fl,    New York, NY 10007
5241176      EDI: AMEREXPR.COM Jul 16 2010 15:53:00      AMERICAN EXPRESS,    PO BOX 1270,
              NEWARK, NJ 07101-1270
5241178     +E-mail/Text: bhbecker@beckermeisel.com                            BECKER MEISEL LLC,
              EISENHOWER PLAZA II,    354 EISENHOWER PKWAY ST 1500,    LIVINGSTON, NJ 07039-1023
5241186      EDI: IRS.COM Jul 16 2010 15:53:00      INTERNAL REVENUE SERVICE,    POST OFFICE BOX 21126,
              PHILADELPHIA, PA 19114-0326
5241213      EDI: AFNIVZCOMBINED.COM Jul 16 2010 15:53:00      VERIZON,    PO BOX 4833,    TRENTON, NJ 08650-4833
5241212      EDI: AFNIVZCOMBINED.COM Jul 16 2010 15:53:00      VERIZON,    PO BOX 15124,    ALBANY, NY 12212-5124
                                                                                             TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5241181      DELL FINANCIAL SERVICES
                                                                                TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 18, 2010**                          **Signature:**    *Joseph Speetjens*