UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In Re:

**NORTRONICS, CORP.**

Debtor and Debtor in Possession
-------------------------------------------------------------x

Case No.: 10-13682

In Proceeding for
Reorganization Under
Chapter 11

**ORDER AUTHORIZING THE EMPLOYMENT
OF DWYER & ASSOCIATES LLC AS COUNSEL FOR
THE DEBTOR AND DEBTOR IN POSSESSION**

**UPON CONSIDERATION** of Debtor's Application for an Order authorizing and designating the law firm of Dwyer & Associates LLC ("Attorneys") as counsel to the Debtor and Debtor-in-Possession to perform legal services for said Debtor (the "Application"); and upon the Affidavit of David S. Hamilton, Esq., and the Court being satisfied that Attorneys represent no adverse interest to the Debtor or its estate, is a disinterested person within the meaning of 11 U.S.C. § 101(14), and that its employment is necessary and would be in the best interest of the estate,

**IT APPEARING** to the Court that said Application should be granted, it is hereby

**ORDERED** that the Application is granted; and it is further

**ORDERED** that pursuant to 11 U.S.C. § 327(a), the Debtor is authorized to retain Dwyer & Associates as its attorneys in this case *nunc pro tunc* from the date of filing this case; and it is further

**ORDERED** that compensation and reimbursements of expenses of Attorneys shall be sought and paid only upon an order granting proper application pursuant to 11 U.S.C. §§330 and

331, the applicable Bankruptcy Rules and Local Rules and fee and expense guidelines for this Court; and it is further

**ORDERED** that Attorneys will not seek monthly compensation without seeking further permission from this Court.

**ORDERED**, that in the event Attorneys hourly rates should change, Attorneys shall notify the Court and the Office of the United States Trustee, in writing; and it is further

Dated: New York, New York
      August 23, 2010       /s/Burton R. Lifland___
                                      U.S. Bankruptcy Judge

I ASK FOR THIS:

/s/ David S. Hamilton
DAVID S. HAMILTON
DWYER & ASSOCIATES LLC
*Proposed Attorneys for Debtor*
11 Broadway, Suite 615
New York, NY 10004
Tel: (212) 203-4965
Email: dhamilton@dwyerlawnyc.com


SEEN AND NO OBJECTIONS

/s/ Nazar Khodorofsky
Trial Attorney, Office of the US Trustee

Date: August 9, 2010