DWYER & ASSOCIATES LLC
*Attorneys for Debtor*
11 Broadway, Suite 615
New York, NY 10004
Tel: (212) 203-4757
Email: dhamilton@dwyerlawnyc.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x   Case No.: 10-13682

In Re:

                                                                                                    In Proceeding for

**NORTRONICS, CORP.**                                                     Reorganization Under

                                                                                                      Chapter 11

                 Debtor and Debtor in Possession
---------------------------------------------------------------x

**NOTICE OF ADJOURMENT OF INITIAL CASE CONFERENCE
<u>UNDER 11 U.S.C. § 105(d)</u>**

      PLEASE TAKE NOTICE, that, the hearing of the Initial Case Conference under 11 U.S.C. § 105(d) which was originally scheduled for Wednesday September 8, 2010 at 10:00 a.m., and later adjourned until November 11, 2010 has been adjourned at the request of the Court and shall be heard before the Honorable Sean H. Lane, United States Bankruptcy Court, SDNY, Alexander Hamilton Customs House, One Bowling Green, New York, NY 10004, Courtroom 701 on Tuesday **November 23, 2010 at 10:00 a.m**. of said day, (the **"Hearing"**).

      PLEASE TAKE FURTHER NOTICE that responsive papers, if any, shall be filed with the Court in compliance with the Court's electronic filing system and served upon David S. Hamilton, Esq. at Dwyer & Associates LLC, 11 Broadway, Suite 615, New York, NY, 10004 Office of the United States Trustee, attn: Nazar Khodorovsky, Esq., Southern District of New York, 33 Whitehall Street, 21st. Floor, New York, NY 10004; with a courtesy copy delivered to the Hon. Judge Sean H. Lane so as to be received no later than the date and time of the Hearing.

The Hearing may be further adjourned from time to time without further announcement other than an announcement at the Hearing.

Dated: October 15, 2010
New York, New York

Respectfully submitted,

/s/ David S. Hamilton, Esq.
David S. Hamilton
DWYER & ASSOCIATES LLC
*Attorneys for Debtor*
11 Broadway, Suite 615
New York, NY 10004
Tel: (212) 203-4757
E: dhamilton@dwyerlawnyc.com