DWYER & ASSOCIATES LLC
*Attorneys for Debtor*
11 Broadway, Suite 615
New York, NY 10004
Tel: (212) 203-4757
Email: info@dwyerlawnyc.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In Re:

**NORTRONICS, CORP.**

Debtor and Debtor in Possession

------------------------------------------------------------x

Case No.: 10-13682

In Proceeding for
Reorganization Under
Chapter 11

## NOTICE OF CHANGE OF COUNSEL

**PLEASE TAKE NOTICE,** that the undersigned hereby appears as of counsel to Dwyer & Associates LLC, as counsel to NORTRONICS, CORP., the Debtor and Debtor-In-Possession (the "Debtor"), and pursuant to, inter alia, Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9001 and 9010, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at 11 Broadway, Suite 615, New York, NY 10004.

**PLEASE TAKE FURTHER NOTICE** that this request is a request not only for the notices and papers referred to in the Bankruptcy Rules specified above, but includes, without limitation, all orders and all notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether

transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that Debtor does not intend this Notice of Appearance and Demand for Service of Papers, nor any subsequent appearance, pleading, claim or suit to waive any rights to which Debtor is entitled including, but not limited to, (i) Debtor's right to have final orders in noncore matters entered only after de novo review by a District Judge, (ii) Debtor's right to a trial by jury in any proceeding related to this case, (iii) Debtor's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which Debtor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Debtor expressly reserves.

Dated: New York, New York
December 1, 2010

    Yours,
    DWYER & ASSOCIATES, LLC
    *Attorneys for the Debtor and Debtor-In-Possession*

    By:   /s/ Ehsanul Habib, Esq.
           Ehsanul Habib, Esq.
           Of Counsel
           Dwyer & Associates LLC
           11 Broadway, Suite 615
           New York, NY 10004
           (212) 203-4757

TO:    OFFICE OF THE UNITED STATES TRUSTEE
        THE DEBTOR'S TWENTY LARGEST CREDITORS
        ALL PARTIES HAVING FILED A NOTICE OF APPEARANCE