**DWYER & ASSOCIATES LLC**
*Attorneys for Debtor*
11 Broadway, Suite 615
New York, NY 10004
Tel: (212) 203-4757
Email: info@dwyerlawnyc.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In Re:

**NORTRONICS, CORP.**


            Debtor and Debtor in Possession
------------------------------------------------------------x

Case No.: 10-13682

In Proceeding for
Reorganization Under
Chapter 11

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2010 I caused the following documents to be served upon all parties as listed below:

- **NOTICE OF CHANGE OF COUNSEL**

I further certify that on December 1, 2010 I caused a true, complete and correct copy of the Proceeding to be served via first class mail, postage prepaid and / or electronic mail, upon the parties listed below.

TO: SEE ATTACHED SERVICE LIST

Dated: December 1, 2010

/s/ Tanya Dwyer
**DWYER & ASSOCIATES L.L.C.**
Ehsanul Habib, Esq.
11 Broadway Suite 615 New York, NY, 10004
Tel: 212.203.4965 | Fax: 347.332.1737
Email: info@dwyerlawnyc.com
<u>Counsel for the Debtor</u>

Office of the United States Trustee
Southern District of New York, 33 Whitehall Street, 21st. Floor, New York, NY 10004

Debtor's 20 Largest Creditors

American Express PO Box 1270 Newark, NJ 07101-1270

American Solutions Inc. 1000 Commerce Drive Suite 102 Newark, DE 19715

Avalon Arlington Heights Customer Care Center Box IL004 2901 Sabre Street, Suite 100 Virginia Beach, VA 23452

California Franchise Tax Board PO Box 942857 Sacramento, CA 94257-0540

Capital Network Leasing Corp. 2600 West Olive Avenue 7th Floor Burbank, CA 91505

Chase Business PO Box 9001022 Louisville, KY 40290-1022

Citi Business, Attorneys: Clifford Katz, 1065 Avenue of the Americas, New York, NY 10018

Corporate Horizons Inc 73 Gates Lane Old Bridge, NJ 08857

Illinois Department of Revenue Bankruptcy Section Chicago, IL 60664-0338

In soft Inc 3755 E. Main Street Suite 180 Saint Charles, IL 60174

Influx Info Solutions Inc PO Box 4738 Houston, TX 77210-4738

Intellisoft Technologies Inc 1425 Greenway Drive STE 580 Irving, TX 75038-2456

Internal Revenue Service Post Office Box 21126 Philadelphia, PA 19114-0326

New York State Department of Tax & Fin Bankruptcy Section PO Box 5300 Albany, NY 12205-0300

Nexage Technologies USA Inc 75 Lincoln Highway Suite 101 Iselin, NJ 08830

Oriental Solutions Inc 26419 Abbey Springs Ln Katy, TX 77494

Supportian Inc 175 Church St. Suite 301 Naugatuck, CT 06770

Technocorp 10635 Eric Ct Fishers, IN 46037

US Bank Manifest Funding Services PO Box 790448 Saint Louis, MO 63179-0448

Wise Men Consultants 1500 S. Dairy Ashford Suite 285 Houston, TX 7707