# CULLENandDYKMANLLP

MATTHEW G. ROSEMAN
PARTNER
DIRECT DIAL: 516-296-9106
EMAIL: MROSEMAN@CULLENANDDYKMAN.COM

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

January 7, 2011

**VIA REGULAR MAIL AND EMAIL (tanya@dwyerlawnyc.com)**

Tanya Dwyer, Esq.
Dwyer & Associates LLC
11 Broadway
Suite 615
New York, New York 10004

    Re:    Notice of Default
             Nortronics, Corp.
             Case No. 10-13682 (BRL)

Dear Ms. Dwyer:

      Please be advised that the Debtor is in default of the Stipulated Interim Order by and between Nortronics Corp. and Valley National Bank dated August 2, 2010. Pursuant to Paragraph 7 of the Stipulated Interim Order the Debtor was obligated to make adequate protection payments to Valley National Bank in the amount of $1,319.00 per month. The Debtor has failed to make the required payments for the months of December 2010 and January 2011. Additionally, the Debtor has failed to provide financial information required under Paragraph 20 of the Stipulated Interim Order.

      Each of the aforementioned defaults constitute events of default as set forth in Paragraph 15 of the Stipulated Interim Order. Please let this letter serve as notice of the events of default and the Debtor's authority to use cash collateral shall terminate seven (7) business days from the date of this letter.

*Founded 1850*

BROOKLYN       LONG ISLAND       MANHATTAN       WASHINGTON, D.C.       NEW JERSEY

*CULLENandDYKMAN*LLP

Tanya Dwyer, Esq.
January 7, 2011
Page 2

       Be guided accordingly.

                                        Very truly yours,

                                        Matthew G. Roseman

MGR/jsu
cc:    Office of the U.S. Trustee, Attn: Nazar Khodorovsky
       Nortronics, Corp.